

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Double Diamond, Inc.,
Double Diamond Management Corp.,
Double Diamond Utilities Co.,
R. Mike Ward, Cliffs Golf, Inc.,
Cliffs Dining Corp., Cliffs Hotel Corp.,
Cliffs Marina Inc., Cliffs Club Corp.,
Randy Grace, and Double Diamond-
Delaware, Inc.

\* Original Mandamus Proceeding

No. 11-18-00318-CV

\* December 13, 2018

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that Relators' petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.